## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FRANCIS & BERRY, ESQS.
Hugh P. Francis, Esq. ID #225271967
310 South Street, Ste. 3
Morristown, New Jersey 07960
(973) 540-0722
Attorneys for Defendant
New Jersey Property-Liability
  Insurance Guaranty Association

| | | |
|---|---|---|
| MELODY JIMENEZ, | : | Civil Action |
| | : | Case No: 2:19-cv-21879 |
| Plaintiff, | : | |
| vs. | : | Civil Action |
| ESTATE OF DENICE PADULA, JOHN DOE 1-5 (fictitious name Representing unknown Defendants) and THE NEW JERSEY PROPERTY LIABILTY INSURANCE GUARANTY ASSOCIATION, | : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS FOR PERSONAL INJURY CLAIMS FOR PERSONAL INJURY JERSEY PROPERTY LIABILITY INSURANCE GUARANTY ASSOCIATION** |
| Defendants. | : | |

The matter in difference in the above-entitled action, having been amicably adjusted by and between The Haddad Law Firm, PC, attorneys for plaintiff, and Francis & Berry, attorneys for defendant New Jersey Property-Liability Insurance Guaranty Association ("PLIGA"), statutory administrator of the Unsatisfied Claim and Judgment Fund ("UCJF"), it is hereby stipulated and agreed that the complaint and all claims for PIP

claims be and the same hereby are dismissed without prejudice against PLIGA/UCJF only, and without costs against either party.

Dated: January ____, 2020

| | |
|---|---|
| FRANCIS & BERRY, ESQS.<br>Attorneys for Defendant<br>PLIGA/UCJF | THE HADDAD LAW FIRM, PC<br>Attorneys for Plaintiff<br>MELODY JIMENEZ |
| BY: _/s/ Hugh Francis/_<br>HUGH P. FRANCIS, ESQ. | BY: _/s/ Nehal Modi/_<br>~~STEVEN P. HADDAD, ESQ.~~<br>Nehal Modi |