PHILIP R. SELLINGER
United States Attorney
ANGELA E. JUNEAU
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
862-240-2409
Angela.Juneau@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELODY JIMENEZ,<br><br>  Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br>et al.,<br><br>  Defendants. | HON. WILLIAM J. MARTINI<br><br>Civ No. 19-21879 (WJM)(MF)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Melody Jimenez and Defendant the United States, by and through their respective attorneys, that all claims are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

Dated: October 18, 2022

Fredson Statmore Bitterman, LLC,
200 Broadacres Drive, Suite 180
Bloomfield, NJ 07003

By: _____
ANDREW L. STATMORE, ESQ.
*Attorneys for Plaintiff Melody Jimenez*

1

Dated: _____, 2022

                        PHILIP R. SELLINGER
                        United States Attorney
                        for the District of New Jersey

            By: _____
                        ANGELA E. JUNEAU
                        Assistant United States Attorney
                        District of New Jersey
                        *Attorneys for Defendant United States*